UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SOW EL HADJI MBAYE<br>A245-776-566 | DOCKET NO. 6:25-cv-01449<br>SECTION P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| US IMMIGRATION & CUSTOMS | MAGISTRATE JUDGE AYO |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE** and all pending motions are **DENIED** as **MOOT**.

**THUS DONE AND SIGNED** in chambers this 17th day of November, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE